## UNITED STATES DISTRICT COURT

### Southern District of Indiana

*Laura A. Briggs*

*Clerk of the Court*

| | |
|---|---|
| *46 East Ohio Street, Room 105* <br> *Indianapolis, Indiana* <br> *46204* | *101 Northwest MLK Boulevard* <br> *Evansville, Indiana* <br> *47708* |
| *921 Ohio Street* <br> *Terre Haute, Indiana* <br> *47807* | *121 West Spring Street* <br> *New Albany, Indiana* <br> *47150* |

October 18, 2018

United States District Court
Northern District of Ohio
Office of the Clerk
801 West Superior Ave.
Cleveland, OH 44113

Re: RIPLEY COUNTY v. PURDUE PHARMA L.P. et al
Cause Number: 4:18−cv−00175−SEB−DML

To Whom it May Concern:

Pursuant to an Order dated October 18, 2018, the above file is being transferred to the United States District Court for the Northern District of Ohio. The case file has been transferred electronically to your court via CM/ECF.

Sincerely,

Laura A. Briggs

By: s/Melanie Carmichael
Melanie Carmichael, Deputy Clerk

cc: Counsel of record